UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BETEIRO, LLC,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>BETFAIR INTERACTIVE US LLC;<br>TSG INTERACTIVE US SERVICES LTD.<br>CORP.; and ODS TECHNOLOGIES, LP,<br><br>　　　　　　Defendants. | Civil No. 1:22-cv-00577-CPO-SAK |

**DEFENDANT ODS TECHNOLOGIES, LP's
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1(a), Defendant ODS Technologies, LP is a limited partnership organized under the laws of the State of Delaware and is a wholly owned subsidiary of Flutter Entertainment plc. Flutter Entertainment plc is a publicly owned corporation organized under the laws of Ireland, and it holds 10 percent or more of Defendant TSG Interactive US Services Ltd. Corp.'s stock.

　　　　　　　　　　　　　　　　　MANDELBAUM BARRETT PC


　　　　　　　　　　　　　　　　　By: /s/ Damian P. Conforti
　　　　　　　　　　　　　　　　　　　　Damian P. Conforti

　　　　　　　　　　　　　　　　　MANDELBAUM BARRETT PC
　　　　　　　　　　　　　　　　　3 Becker Farm Road
　　　　　　　　　　　　　　　　　Roseland, NJ  07068
　　　　　　　　　　　　　　　　　T:  973.736.4600
　　　　　　　　　　　　　　　　　F:  973.325.7467
　　　　　　　　　　　　　　　　　E:  dconforti@mblawfirm.com


　　　　　　　　　　　　　　　　　Eric A. Buresh (*pro hac vice forthcoming*)
　　　　　　　　　　　　　　　　　Megan J. Redmond (*pro hac vice forthcoming*)
　　　　　　　　　　　　　　　　　Carrie A. Bader (*pro hac vice forthcoming*)

        7015 College Blvd, Suite 700
        Overland Park, KS 66211
        Email: eric.buresh@eriseip.com
        Email: megan.redmond@eriseip.com
        Email: carrie.bader@eriseip.com
        Telephone: (913) 777-5600
        Facsimile: (913) 777-5601

*Attorneys for Defendants Betfair Interactive US LLC, TSG Interactive US Services Ltd. Corp., and ODS Technologies LP*

Dated:  April 11, 2022

CERTIFICATE OF SERVICE

The undersigned certifies that all counsel of record have been served with a copy of this document via CM/ECF this 11th day of April, 2022.

                                MANDELBAUM BARRETT PC

                                By: */s/ Damian P. Conforti*
                                        Damian P. Conforti

                                MANDELBAUM BARRETT PC
                                3 Becker Farm Road
                                Roseland, NJ  07068
                                T:  973.736.4600
                                F:  973.325.7467
                                E:  dconforti@mblawfirm.com